IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT LOUIS DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:10-CV-393-ID |
| ) | [WO] |
| ) | |
| JAY JONES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

This cause is before the court on the plaintiff's motion for leave to proceed *in forma pauperis* filed by the plaintiff on May 6, 2010.[1]  The court seeks to advise the plaintiff of the limited nature of being allowed to proceed *in forma pauperis* which only permits a plaintiff to commence this suit without **prepayment** of fees and court costs.  The plaintiff should understand that he may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of the requisite witness fee and mileage.  Also, court costs, which vary, but which can be quite substantial, are normally assessed against the losing party.  Thus, a plaintiff who does not prevail, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Accordingly, and having advised the plaintiff of the possible expense of litigation, it

---

[1] The plaintiff is a former inmate of the Lee County Detention Facility.  In the instant complaint, the plaintiff seeks to challenge the constitutionality of the conditions to which he was subjected during such confinement.

is

ORDERED that the motion for leave to proceed *in forma pauperis* filed by the plaintiff on May 6, 2010 (Court Doc. No. 2) be and is hereby GRANTED.

Done this 11th day of May, 2010.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE