IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LOUIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:10cv393-ID |
| | ) | (WO) |
| JAY JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On July 8, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims against Judge Kenneth Wilkes be and are hereby DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3. Judge Kenneth Wilkes be and is hereby DISMISSED as a defendant in this cause of action; and

4. The plaintiff's claims against the remaining defendants be and are hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this 29th day of July, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE