IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| ROBERT LOUIS DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-CV-393-WKW |
| | ) | |
| JAY JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 14, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 33.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

(1)   the Recommendation of the Magistrate Judge (Doc. # 33) is ADOPTED; and

(2)   Defendants' motion for summary judgment is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust the administrative remedy previously available to him at the Lee County Detention Facility.

(3)   This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust the

administrative remedy previously available to him at the Lee County Detention Facility.

DONE this 7th day of November, 2011.

                                                 /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE